**Order entered February 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01426-CV

**BETH JEAN THOELE HUSTON, Appellant**

**V.**

**EDWARD CHARLES HUSTON, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53202-98**

## ORDER

Before the Court are the January 29, 2014 notice of non-representation of Shannon Willis as counsel for appellee and the January 30, 2014 notice of appearance and notice of substitution and withdrawal filed by appellee. We treat these notices as motions. We **GRANT** the motions. We **DIRECT** the Clerk of this Court to remove Shannon Willis as counsel for appellee.

Appellee is now appearing pro se. We further **DIRECT** this Clerk of this Court to send all future correspondence in this appeal to appellee to the following address:

Edward Charles Huston
3312 Sailmaker Lane
Plano, Texas 75023

/s/     ADA BROWN
        JUSTICE